UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  5:18-00638 AG (ADS)                          Date:  October 4, 2019

Title:  *Michael Galloway v. Bureau of Prisons, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On June 21, 2018, Plaintiff Michael Galloway, a federal prisoner at the United States Penitentiary, Victorville, California, filed a First Amended Complaint under Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). [Dkt. No. 19]. On July 12, 2019, the Court dismissed the First Amended Complaint with leave to amend and ordered Plaintiff to file a Second Amended Complaint by no later than August 2, 2019. [Dkt. No. 22]. As of the date of this order, the Court has not received a Second Amended Complaint or any response to the Order Dismissing with Leave to Amend from Plaintiff.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response by no later than **October 25, 2019**. Plaintiff may respond to this Order to Show Cause by (a) filing a Second Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the First Amended Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be

**CIVIL MINUTES – GENERAL**

Case No.:   5:18-00638 AG (ADS)                                    Date:  October 4, 2019

Title:  *Michael Galloway v. Bureau of Prisons, et al.*

dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>